# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**NUNEZ LOPEZ, NEYDER ENRIQUEZ,**

      **Petitioner,**

    **vs.**                                      **Civ. No. 26cv641  JB/JFR**

**KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland
Security; PAMELA BONDI, in her official
Capacity as Attorney General of the United
States; TODD LYONS, in his official capacity
as Acting Director and Senior Official
Performing Duties of the Director of U.S.
Immigration and Customs Enforcement;
JOEL D. GARCIA, in his official capacity as
Field Office Director of the El Paso Field
Office of U.S. Immigration and Customs
Enforcement, Enforcement and Removal
Operations; GEORGE DEDOS, in his official
capacity as Warden of the Cibola County
Processing Center,**

      **Respondents.**

## ORDER WITHDRAWING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND FOR STATUS REPORT[1]

**THIS MATTER** is before the Court *sua sponte*.  The Court hereby withdraws the Proposed Findings and Recommended Disposition filed on March 26, 2026.  Doc. 7.

The Court orders Respondents to file a status report regarding Petitioner's removability proceedings before the Immigration Court within seven (7) days of this Order.  Respondents should include all reasonably relevant immigration documents.

---

[1] By an Order of Reference Relating to Immigration Habeas Corpus Proceedings filed March 12, 2026, the presiding judge, United States District Judge James O. Browning, referred this matter to the undersigned to conduct hearings as warranted and to perform any legal analysis required to recommend an ultimate disposition of the case.  Doc. 4; *accord* 28 U.S.C. §§ 636(b)(1)(B), (b)(3); *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990).

- 2 -

**IT IS SO ORDERED.**

_____
**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**